# Third District Court of Appeal
## State of Florida

Opinion filed April 27, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0388
Lower Tribunal Nos. F93-43262, F89-10310, F95-2343

_____

**Steven Young,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Law Office of Thomas G. Neusom, and Thomas G. Neusom, for appellant.

Ashley Moody, Attorney General, for appellee.

Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.